IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ANDERSON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 8:19-162 |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(e) |
| vs. | ) | 18 U.S.C. § 924(d)(1) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| **LARRY WOODROW DORSEY, III** | ) | **INDICTMENT** |

RECEIVED
USDC CLERK, GREENVILLE, SC
2019 FEB 12  PM 12: 21

COUNT 1

THE GRAND JURY CHARGES:

On or about January 15, 2019, in the District of South Carolina, the Defendant, **LARRY WOODROW DORSEY, III**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, firearms and ammunition, that is, a Palmetto State Armory, model PA-15, 5.56 caliber rifle; a Smith & Wesson, model Bodyguard, .380 caliber pistol; a Keltec CNC Industries, INC, model P11, 9mm pistol; a Cobra Enterprises, INC., model C22m, .22 caliber pistol; a Smith & Wesson, model 686, .357 caliber revolver; a Smith & Wesson, model 500, .500 caliber revolver ; a Jennings Firearms, model J22, .22 caliber pistol; a Taurus International, .357 caliber revolver; a Cobra Enterprises, INC, model C22m, .22 caliber pistol; a FNH USA, LLC, model FNX-45 Tactical, .45 caliber pistol; a Springfield Armory, .45 caliber pistol; a New England Firearms, model Pardner, 410 gauge shotgun; a Savage, model 73, .22 caliber rifle; a Palmetto State Armory, model PA-15, 5.56 caliber pistol; a Mossberg, model 535, 12 gauge shotgun; an American Tactical Imports, model Omni

Hybrid, 5.56 caliber pistol; a Mossberg, model 500, 12 gauge shotgun; and 783 rounds of assorted ammunition; all of which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 924(e).

## FORFEITURE

FIREARM OFFENSE:

Upon conviction for the felony violation of Title 18, United States Code, Section 922(g)(1) as charged in this Indictment, an offense punishable by imprisonment for more than one year, the Defendant, **LARRY WOODROW DORSEY III**, shall forfeit to the United States all of the Defendant's rights, title and interest in:

    (a)    any firearms and ammunition (as defined in 18 U.S.C. § 921) -

        (1)    involved in or used in any knowing violation of 18 U.S.C. § 922 or violation of any other criminal law of the United States;

PROPERTY:

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Indictment includes, but is not limited to, the following:

Firearms:

A. Palmetto State Armory, model PA-15, 5.56 caliber rifle (serial # PI047092)

B. Smith & Wesson, model Bodyguard, .380 caliber pistol (serial # KDL1599)

C. Keltec CNC Industries, INC, model P11, 9mm pistol (serial # 78200)

D. Cobra Enterprises, INC, model C22m, .22 caliber pistol (serial # 120914)

E. Smith & Wesson, model 686, .357 caliber revolver (serial # DDA3989)

F. Smith & Wesson, model 500, .500 caliber revolver (serial # DKS6669)

G. Jennings Firearms, model J22, .22 caliber pistol (serial # 598342)

H. Taurus International, .357 caliber revolver (serial # 124195)

I. Cobra Enterprises, INC, model C22m, .22 caliber pistol (serial # 076248)

J. FNH USA, LLC, model FNX-45 Tactical, .45 caliber pistol (serial # FX3U076360)

K. Springfield Armory, .45 caliber pistol (serial # S3308815)

L. New England Firearms, model Pardner, 410 gauge shotgun (serial # NS290977)

M. Savage, model 73, .22 caliber rifle (serial # P478654)

N. Palmetto State Armory, model PA-15, 5.56 caliber pistol (serial # PI047086)

O. Mossberg, model 535, 12 gauge shotgun (serial # AT193449)

P. American Tactical Imports, model Omni Hybrid, 5.56 caliber pistol (serial # NS146270)

Q. Mossberg, model 500, 12 gauge shotgun (serial # U724523)

Ammunition:

Rounds of assorted brand add calibers ammunition

Pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A __True__ BILL

__REDACTED__
FOREPERSON

_Sherri A. L[ydon]_
SHERRI A. LYDON (EJH/jw)
UNITED STATES ATTORNEY